UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETHAN MAZZEO,<br><br>                              Plaintiff,<br><br>v.<br><br>WAL-MART ASSOCIATES, INC., et al.,<br><br>                              Defendants. | Case No.: 21-cv-545-MMA (WVG)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>[Doc. No. 3] |

On March 31, 2021, the parties filed a joint motion to extend the time for Defendants to respond to the Complaint. Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion. Defendants must respond to the Complaint on or before **April 26, 2021**.

**IT IS SO ORDERED.**

Dated: March 31, 2021

_____
HON. MICHAEL M. ANELLO
United States District Judge